IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:22CR502 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| STEVEN SARIS, | ) | |
| | ) | |
| Defendant. | ) | PRELIMINARY ORDER OF FORFEITURE |

The United States of America has filed a Motion for a Preliminary Order of Forfeiture in the above-captioned case.

1. On October 4, 2023, a federal grand jury sitting in this district returned a 37-count Superseding Indictment against Steven Saris charging him with federal Operation of an Illegal Gambling Business in violation of 18 U.S.C. § 1955, and Money Laundering charges in violation of 18 U.S.C. § 1957, among others.

2. The Indictment further sought forfeiture, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982, and 1955(d), and 28 U.S.C. § 2461(c), of the following properties:

   a. Real Property located at 2548 Clydesdale Street, North Canton, Ohio, (Permanent Parcel Number 2015682), titled to Saris Steven N Trustee of the Steven N. Saris Revocable Living Trust;

   b. Real Property located at 9200 Brookledge Avenue, Canton, Ohio, (Permanent Parcel Number 2015749), titled to Christine Mitchell, Trustee of the Christine Mitchell Revocable Living Trust Dated July 5, 2019 (true owner: Steven Saris);

   c. A money judgement equal to $11,375.47 which is equal to the down payment made on the 2020 Tesla, Model 3, VIN: 5YJ3E1EBXLF790833 titled to Steven Saris, and constitutes proceeds from Count 8, charged herein; and

   d. The 36.68% interest in LetsLink LLC held by Steven Saris and Nicholas Saris which was funded by proceeds from Count 8, charged herein.

3. On May 2, 2024, at a change of plea hearing, Steven Saris signed a Plea Agreement and agreed to the forfeiture to the United States of the following properties:

   a. Real Property located at 2548 Clydesdale Street, North Canton, Ohio, (Permanent Parcel Number 2015682), titled to Saris Steven N Trustee of the Steven N. Saris Revocable Living Trust;

   b. Real Property located at 9200 Brookledge Avenue, Canton, Ohio, (Permanent Parcel Number 2015749), titled to Christine Mitchell, Trustee of the Christine Mitchell Revocable Living Trust Dated July 5, 2019 (true owner: Steven Saris);

   c. A money judgement equal to $11,375.47 which is equal to the down payment made on the 2020 Tesla, Model 3, VIN: 5YJ3E1EBXLF790833 titled to Steven Saris, and constitutes proceeds from Count 8, charged herein; and

   d. The 36.68% interest in LetsLink LLC held by Steven Saris and Nicholas Saris which was funded by proceeds from Count 8, charged herein.

Pursuant to the agreement, Saris agreed pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982, 1955(d), and 28 U.S.C. § 2461(c), the above referenced properties constitute or are derived from proceeds traceable to the violation charged and pled to in Count 8, and/or constitute properties used in the violation charged and pled to in Count 8; and/or constitute properties involved in the violations charged and pled to in Counts 33 and/or 34, or is traceable to such property; and are, therefore, subject to forfeiture.

4. By virtue of the foregoing, the United States is entitled to possession of the subject properties pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982, 1955(d), and 28 U.S.C. § 2461(c).

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED:

1.  The United States is hereby authorized to seize the following properties, and they are hereby forfeited to the United States, pursuant to Fed.R.Crim.P. 32.2(b)(2)(A), 18 U.S.C. §§ 981(a)(1)(C), 982, 1955(d), and 28 U.S.C. § 2461(c), for disposition in accordance with law, subject to the provisions of 21 U.S.C. § 853(n):

    a. Real Property located at 2548 Clydesdale Street, North Canton, Ohio, (Permanent Parcel Number 2015682), titled to Saris Steven N Trustee of the Steven N. Saris Revocable Living Trust;

    b. Real Property located at 9200 Brookledge Avenue, Canton, Ohio, (Permanent Parcel Number 2015749), titled to Christine Mitchell, Trustee of the Christine Mitchell Revocable Living Trust Dated July 5, 2019 (true owner: Steven Saris);

    c. A money judgement equal to $11,375.47 which is equal to the down payment made on the 2020 Tesla, Model 3, VIN: 5YJ3E1EBXLF790833 titled to Steven Saris, and constitutes proceeds from Count 8, charged herein; and

    d. The 36.68% interest in LetsLink LLC held by Steven Saris and Nicholas Saris which was funded by proceeds from Count 8, charged herein.

2.  Pursuant to 21 U.S.C. § 853(n)(1), the United States forthwith shall publish, on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, notice of this Order, notice of the United States' intent to dispose of the forfeited properties in such manner as the Attorney General may direct, and notice that any person, other than Defendant Steven Saris, having or claiming a legal interest in the forfeited properties, must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of any actual notice, whichever is earlier.

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the forfeited properties, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or

interest in the forfeited properties, and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the forfeited subject properties, as a substitute for published notice as to those persons so notified.

3. Upon adjudication of any and all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n).

IT IS SO ORDERED this ___ day of May, 2024.



DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE